# AIN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA
# PITTSBURGH

| | | |
|---|---|---|
| SHAWN WHITENIGHT, | ) | |
| | ) | |
| Plaintiff, | ) | 2:16-cv-00552 |
| | ) | |
| vs. | ) | Chief United States Magistrate Judge |
| | ) | Cynthia Reed Eddy |
| THOMAS ELBEL and DEPUTY NUNLEY, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

**AND NOW**, this 27th day of December, 2019, for the reasons stated in the Memorandum Opinion filed this day, IT IS **ORDERED** that Defendants' Motion for Summary Judgment (ECF No. 158) is **GRANTED** and Plaintiff's Motion for Partial Summary Judgment (ECF No. 163) is **DENIED**. Judgment pursuant to Federal Rule of Civil Procedure 58 follows.

The Clerk of Court is directed to mark this case **CLOSED**.

s/Cynthia Reed Eddy
Cynthia Reed Eddy
Chief United States Magistrate Judge

cc: SHAWN WHITENIGHT
    182 Evansville Road
    Berwick, PA 18603
    (via U.S. First Class Mail)

    All Attorneys of Record
    (via ECF electronic notification)